Daniel M. PAINTER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 63019.

Missouri Court of Appeals,
Western District.

Oct. 26, 2004.

John M. Schilmoeller, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Deborah Daniels, Jefferson City, MO, for respondent.

Before SMART, P.J., ELLIS and HARDWICK, JJ.

### ORDER

PER CURIAM.

Daniel Painter appeals the denial of his Rule 24.035 Motion after an evidentiary hearing. Upon review of the record, we find no error and affirm the judgment. No jurisprudential purpose would be served by a published opinion, but we have

provided the parties with a Memorandum explaining the reasons for our decision.

AFFIRMED. Rule 84.16(b).